CR 23-193 PJS/LIB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| TERRY JON MARTIN | Violation: 18 U.S.C. § 668 |

COUNT ONE

**Theft of Major Artwork**

The Grand Jury Charges:

On or about August 27, 2005, or August 28, 2005, in the District of Minnesota,

TERRY JON MARTIN

stole an object of cultural heritage from the care, custody, or control of a museum, as defined in Title 18, United States Code, Section 668, to wit: TERRY JON MARTIN stole an authentic pair of "ruby slippers" worn by Judy Garland in the 1939 film, "The Wizard of Oz," worth at least $100,000.00, from the Judy Garland Museum in Grand Rapids, Minnesota.

A TRUE BILL:

_____
Foreperson

MAC SCHNEIDER
United States Attorney

By: _____
MATTHEW D. GREENLEY
Special Assistant United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515